DANIEL J. BRODERICK, #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
STEPHEN J. BETZ, Bar #234510
Staff Attorney
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant JAMES M. LUNDEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:06-MJ-0217 |
|---|---|---|
| Plaintiff, | ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| v. | ) | |
| JAMES M. LUNDEEN, | ) | |
| Defendant. | ) | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences and motions hearings.

Defendant hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  He agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present.

///

///

///

///

///

DATED:  October 5, 2006

/s/ James M. Lundeen
JAMES M. LUNDEEN
Defendant

DATED:  October 5, 2006

/s/ Stephen J. Betz
STEPHEN J. BETZ
Staff Attorney
Attorney for Defendant

# O R D E R

**GOOD CAUSE APPEARING**, it is hereby ordered that Defendant's appearance may be waived until further order.

DATED: October 5, 2006

/s/ *Dennis L. Beck*
DENNIS L. BECK
United States Magistrate Judge
Eastern District of California