1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  STEPHEN J. BETZ, Bar #234510
   Staff Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

5
   Attorney for Defendant
6  JAMES M. LUNDEEN

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )  Case No. 1:06-mj-0217
12              Plaintiff,          )
                                    )  STIPULATION TO CONTINUE STATUS
13      v.                          )  CONFERENCE; AND PROPOSED ORDER
                                    )  THEREON
14 JAMES M. LUNDEEN,                )
                                    )  Date: January 25, 2007
15              Defendant.          )  Time: 10:00 a.m.
   _____  )  Dept: Hon. Dennis L. Beck
16

17      IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

18 attorneys of record herein, that the Status Conference hearing, in the above captioned matter, set for

19 January 4, 2007, may be continued to **January 25, 2007 at 10:00 a.m.**

20      The parties agree that the delay resulting from the continuance shall be excluded in the interests of

21 justice, including but not limited to, the need for the period of time set forth herein for further defense

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED:  December 29, 2006          McGREGOR W. SCOTT
                                   United States Attorney


                                   /s/ Stanley A. Boone
                                   STANLEY A. BOONE
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff


DATED:  December 29, 2006          DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Stephen J. Betz
                                   STEPHEN J. BETZ
                                   Staff Attorney
                                   Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

**Dated:   December 29, 2006**              **/s/ Dennis L. Beck**
3b142a                                   UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Status Conference          2