```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  STEPHEN J. BETZ, Bar #234510
    Staff Attorney
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  JAMES M. LUNDEEN
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-mj-0217 |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE; AND PROPOSED ORDER THEREON |
| v. ) | |
| JAMES M. LUNDEEN, ) | Date: February 8, 2007 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Dept: Hon. Dennis L. Beck |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing, in the above captioned matter, set for January 25, 2007, may be continued to **February 8, 2007 at 10:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///
///
///
///
///
///
///

1 | preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

2 | DATED: January 22, 2007            McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Stanley A. Boone
                                       STANLEY A. BOONE
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


DATED: January 22 , 2007               DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Stephen J. Betz
                                       STEPHEN J. BETZ
                                       Staff Attorney
                                       Attorney for Defendant



**O R D E R**


IT IS SO ORDERED.

**Dated:   January 22, 2007**                   **/s/ Dennis L. Beck**
3b142a                                     UNITED STATES MAGISTRATE JUDGE

Lundeen Stipulation to Continue Status Conference      2