DANIEL J. BRODERICK, Bar #89424
Federal Defender
STEPHEN J. BETZ, Bar #234510
Staff Attorney
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES M. LUNDEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES M. LUNDEEN, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:06-mj-00217 <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON <br><br> Date: June 7, 2007 <br> Time: 10:00 a.m. <br> Dept: Hon. Dennis L. Beck |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing, in the above captioned matter, set for April 26, 2007 at 10:00am before Judge Snyder, may be continued to **June 7, 2007 at 10:00 a.m. before Judge Beck.**

The reason for this continuance is for further investigation and preparation of the case.

///
///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED:  April 23, 2007            McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Mark McKeon
                                  MARK McKEON
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff


DATED: April 23, 2007             DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Stephen J. Betz
                                  STEPHEN J. BETZ
                                  Staff Attorney
                                  Attorney for Defendant

IT IS SO ORDERED.

**Dated:   April 26, 2007**            **/s/ Sandra M. Snyder**
                                  UNITED STATES MAGISTRATE JUDGE