```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  Misdemeanor Unit
    Federal Courthouse
 4  2500 Tulare Street, Suite 4401
    Fresno, California  93721
 5  Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-MJ-00217 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE BRIEFING AND HEARING ON |
| v. | ) | MOTION TO SUPPRESS |
| | ) | |
| JAMES M. LUNDEEN, | ) | |
| | ) | Old Motion Hearing Date: |
| Defendant. | ) | 2/21/2008 |
| | ) | |
| _____ | ) | **NEW MOTION HEARING DATE:** **March 27, 2008 at 10:00am** **before Judge Austin** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK J. McKEON, Assistant United States Attorney for Plaintiff and ANN H. VORIS, attorney for Defendant, that the hearing on the defendant's motion to suppress

//
//
//
//
//
//
//

1

shall be continued until **March 20, 2008, at 10:00 a.m**, and that the government's response shall be due on **March 14, 2008.** *(Changed to March 27, 2008, March 20, 2008 is C.V.B. Calendar, no Misdemeanor 10:00am calendar on C.V.B. day).

```
                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

Dated: February 20, 2008   By  /s/ Mark J. McKeon
                              MARK J. McKEON
                              Assistant U.S. Attorney


Dated: February 20, 2008       /s/ Ann H. Voris
                              ANN H. VORIS
                              Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

**Dated:   February 20, 2008**            /s/ **Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

2