DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES M. LUNDEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-mj-0217 |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | ) ) | Date: July 31, 2008 |
| JAMES M. LUNDEEN, | ) ) | Time: 10:00 a.m. |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for June 26, 2008, **may be continued to July 31, 2008, at 10:00 A.M.**

This continuance is sought at the request of counsel for defendant as counsel is currently in trial in *U.S. v. Praseut Chanthasen*, 1:06-cr-0212 LJO and is unavailable. Counsel for the government, Mark McKeon, concurs with this request.

///
///
////
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                              McGREGOR M. SCOTT
                                                              United States Attorney

DATED: June 25, 2008                 By:   /s/ Mark J. McKeon
                                                               MARK J. MCKEON
                                                               Assistant United States Attorney
                                                               Attorney for Plaintiff

                                                               DANIEL J. BRODERICK
                                                               Federal Defender

DATED: June 25, 2008                 By:   /s/ Ann H. Voris
                                                               ANN H. VORIS
                                                               Assistant Federal Defender
                                                               Attorney for Defendant
                                                               JAMES LUNDEEN

## **O R D E R**

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

    Dated:   **June 26, 2008**               /s/ **Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE