```
1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   ANN H. VORIS, Bar #100433
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   JAMES M. LUNDEEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-mj-0217 |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER |
| v. | ) ) | Date:  October 16, 2008 |
| JAMES M. LUNDEEN, | ) ) | Time:  10:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for July 31, 2008, **may be continued to October 16, 2008, at 10:00 A.M.**

This continuance is sought at the request of counsel for defendant for further investigation and negotiation. Counsel for the government, Mark McKeon, concurs with this request.

///
///
////
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

```
                                                    McGREGOR M. SCOTT
                                                    United States Attorney

DATED: July 29, 2008              By:    /s/ Mark J. McKeon
                                         MARK J. MCKEON
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


                                         DANIEL J. BRODERICK
                                         Federal Defender


DATED: July 29, 2008              By:    /s/ Ann H. Voris
                                         ANN H. VORIS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JAMES LUNDEEN
```

## O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **July 30, 2008**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE