DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAMES M. LUNDEEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES M. LUNDEEN,<br>Defendant. | NO. 1:06-mj-0217 DLB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date: April 16, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Gary S. Austin |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for March 5, 2009, **may be continued to April 16, 2009 at 10:00 a.m.**

This continuance is at the request of counsel to accommodate a scheduling conflict and for continued plea negotiations between the parties and investigation. This continuance will conserve time and resources for both parties and the court.

///

///

////

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: March 4, 2009

By: /s/ Mark McKeon
MARK MCKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 4, 2009

By: /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
James M. Lundeen

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: March 4, 2009

/s/ Gary S. Austin
HON. GARY S. AUSTIN
United States Magistrate Judge