| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | JAMES M. LUNDEEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-mj-0217 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; ORDER |
| v. | ) | |
| | ) | Date: June 11, 2009 |
| JAMES M. LUNDEEN, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Gary S. Austin |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for May 28, 2009, **may be continued to June 11, 2009 at 10:00 a.m.**

This continuance is at the request of counsel as counsel will be out of state on the date it is currently set for, and also for continued plea negotiations between the parties. This continuance will conserve time and resources for both parties and the court.

///

///

////

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                              LAWRENCE BROWN
                                              United States Attorney

DATED: May 14, 2009                         By:   /s/ Mark McKeon
                                                      MARK MCKEON
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: May 14, 2009                         By:   /s/ Ann H. Voris
                                                        ANN H. VORIS
                                                        Assistant Federal Defender
                                                         Attorney for Defendant
                                                         James M. Lundeen

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: May 27, 2009

                                                    /s/ Gary S. Austin
                                                 HON. GARY S. AUSTIN
                                                 United States Magistrate Judge